

**Wells Fargo Bank N.A.**
Home Equity Group
1 Home Campus X2303-01A
Des Moines, IA 503280001

May 30, 2013

NANCY K NEIDICH
PO BOX 279806
MIRAMAR, FL 33027-9806

Re:  Debtor(s):   ALFREDO R ALFONSO
     Bky. No.:    1314351

Dear NANCY K NEIDICH:

This letter is regarding Chapter 13 Case #1314351 for ALFREDO R ALFONSO.  I have evaluated the aforementioned account.  Upon review of our records, it has been determined that the claim governing our loan is now deemed as unsecured, the lien has been released, and no further balance is owed.  Consequently, your office may consider this proof of claim for HEQ - Converted WB ACLS Loans effectively withdrawn.

If you have any additional questions or if I can be of further assistance please contact me at 1-877-891-0002.  If I am unavailable, any Bankruptcy Unit Representative will be able to assist you.  Please note our hours of operation are Monday through Friday 7:30 a.m. to 6:00 p.m. Central Standard Time.  For TDD assistance, call 1-866-289-2069.

Sincerely,


Kate Jensen
Bankruptcy Representative
Wells Fargo Bank, N.A.

HEQBK77.doc
Rev. 5/9/12