# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In Re:  ALFREDO R ALFONSO

_____*Debtor(s)*_____
-----------------------------------------/

Case No.          13-14351
Chapter 13

## MIAMI-DADE COUNTY TAX COLLECTOR'S
## NOTICE TO DEBTOR OF ADDITIONAL CREDITORS

MARCUS SAIZ DE LA MORA, as Tax Collector of MIAMI-DADE COUNTY, Florida, hereby gives notice that the following certificate holder(s) purchased at auction, the pre-petition, secured, real property tax liens of the MIAMI-DADE COUNTY Tax Collector, pursuant to Chapter 197, Florida Statutes.

Date: 06/30/2014

| Certificate Holder | Bidder Address | Parcel Number | Tax Year | Cert. No. | Certificate Amount | Int. Bid |
|---|---|---|---|---|---|---|
| CONSOLIDATED TELEPHONE CO 27 | ATTN SILVO SANTANA 780 NW 42 AVE FL-3, MIAMI, FL 331265597 | 06-2126-016-2990 | 2011, 2012, 2013 | 140806 | $5,633.60 | 18% |

The certificate amount reflects the certificate amount due as of the date on this form.   The claim of the MIAMI-DADE COUNTY Tax Collector, if any, is specifically set forth on a separate Proof of Claim and does not include the amounts due the certificate holder(s) identified herein.   **The tax certificate shall be redeemed at the interest rate due or the five percent (5%) mandatory charge, whichever is greater, F.S. 197.472 (2).   The Tax Collector does not represent the Certificate Holders in this matter, nor does the notice to the Tax Collector constitute notice to the Certificate Holders. The addresses of the certificate holders are set forth in the Certificate of Service.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided either by electronic transmission or by U.S. first class mail postage prepaid to:

The Certificate Holder(s) listed above
The United States Bankruptcy Court, Southern District of Florida,
Attorney for the Debtor: Ricardo Corona, bk@coronapa.com
Trustee: Nancy K. Neidich, P.O. Box 279806, Miramar, FL       33027-4452, e2c8f01@ch13herkert.com

Marcus Saiz de la mora, Tax Collector
MIAMI-DADE COUNTY, FL

By: _____/S/_____
DARELY GARCIA-LOPEZ
Paralegal Collection Specialist
Miami Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575
305-375-2119   Fax (305) 375-1142
E-Mail: dgjp@miamidade.gov
MDTCBKC@miamidade.gov