## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA—MIAMI DIVISION

CASE NO.: 13-14351-RAM

CHAPTER 13

*In re:*

ALFREDO R ALFONSO

    Debtor(s).

_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the following substitution of counsel is made as of the effective date below, on behalf WELLS FARGO BANK, N.A., AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A.

| Original Counsel/Address: | Substitution Counsel/Address: |
|---|---|
| Joshua C. Kligler, Esq. | Benjamin Sunshine, Esq. |
| Moskowitz, Mandell, Salim & Simowitz, PA. | Moskowitz, Mandell, Salim & Simowitz, PA. |
| 800 Corporate Drive, Suite 500 | 800 Corporate Drive, Suite 500 |
| Ft. Lauderdale, FL 33334 | Ft. Lauderdale, FL 33334 |
| jkligler@mmsslaw.com | bsunshine@mmsslaw.com |

Effective Date of Substitution: March 5, 2015.

**NOTE TO CLERK: Please remove Joshua C. Kligler, from EM/ECF Service List.**

| Original Attorney | Substituting Attorney |
|---|---|
| By: /s/ Joshua C. Kligler | By: /s/ Benjamin Sunshine |
| Joshua C. Kligler, Esq. | Benjamin Sunshine, Esq. |
| FBN: 69397 | FBN: 112754 |

**I HEREBY CERTIFY** that a true and correct of the foregoing has been served either electronically or by 1st Class U.S. Mail on this 5th day of March, 2015, to:

Alfredo R Alfonso, 1025 NW 130th Street, North Miami, FL 33168

Ricardo Corona, Esq., 3899 NW 7th St. #202B, Miami, FL 33126

Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027

    Moskowitz Mandell Salim & Simowitz, P.A.
    Attorneys for Secured Creditor (3307.12)
    800 Corporate Drive, Suite 500
    Fort Lauderdale, FL  33334
    Telephone:  (954) 491-2000
    Facsimile:  (954) 491-2051
    bsunshine@mmsslaw.com

    /s/ Benjamin Sunshine
    _____
    Benjamin Sunshine, Esq. / FBN 112754