

**ORDERED in the Southern District of Florida on June 17, 2017.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | CASE NO. 13-14351-RAM |
| | CHAPTER 13 |
| ALFREDO R. ALFONSO, | |
| Debtor. | |

**ORDER (1) GRANTING MOTION
FOR SANCTIONS AGAINST OCWEN; AND
(2) SETTING FURTHER HEARING ON MOTION
FOR SANCTIONS AGAINST SHELLPOINT MORTGAGE SERVICING**

The Court conducted a hearing on June 13, 2017 on Debtor's Motion for Sanctions Against City National Bank, Ocwen Loan Servicing, and Shellpoint Mortgage Servicing and for Disgorgement

of Improper Payments (the "Motion for Sanctions") [DE# 86]. Shellpoint Mortgage Servicing ("Shellpoint") filed a response to the Motion for Sanctions [DE# 90] and appeared through counsel at the June 13th hearing. Ocwen Loan Servicing ("Ocwen") did not respond or appear at the hearing. For the reasons stated on the record, it is –

**ORDERED** as follows:

1. The Motion for Sanctions is granted against Ocwen, but the Court reserves ruling on the amount of sanctions.

2. The Court will conduct a further non-evidentiary hearing on the Motion for Sanctions against Shellpoint on **July 18, 2017** at **9:00 a.m.**, at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL 33128.

3. Prior to the next hearing:

    (a) Shellpoint shall send all of the payments it received in error from the Debtor to One West Bank, the holder of the first mortgage that the Debtor believed he was paying when he sent payments to Shellpoint;

    (b) The Debtor shall determine how much money is owed to One West Bank to bring that mortgage current.

4. The parties are encouraged to negotiate a settlement that will result in proper application of the payments the Debtor

believed he was paying on his first mortgage and reimbursement of the legal fees the Debtor has incurred to correct the mistake.

###

COPIES TO:

Ricardo Corona, Esq. (Counsel for Debtor)
Shirley Palumbo, Esq. (Counsel for Shellpoint)
Nancy K. Neidich, Trustee

**(Attorney Corona is directed to serve a copy of this Order on Ocwen and One West Bank, and file a Certificate of Service)**