IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
FLORIDA

CASE NO. 13-14351-RAM
CHAPTER 13

IN THE MATTER OF:
ALFREDO ALFONSO,

     Debtor.

_____

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Order Granting Motion For Sanctions Against

Ocwen and (2) Setting Further Hearing on Motion for Sanctions Against Shellpoint Mortgage

Servicing(Re: # [86]) **Hearing on the Motion for Sanctions against Shellpoint on July 18, 2017

at 9:00 a.m., at the U.S. Bankruptcy Court, C. Clyde Atkins UnitedStates Courthouse, 301 North

Miami Avenue, Courtroom 4, Miami, FL 33128, DE91 was sent via USPS Mail or electronic

transmission to every party on the attached Matrix and all other parties set forth in the NEF dated

this 19 day of May, 2017.

CORONA LAW FIRM, P.A.

/s/ Ricardo M. Corona, Esq.
RICARDO M. CORONA, ESQ.
Florida Bar No. 107684
3899 NW 7 Street, Second Floor
Miami, FL 33126
(305) 547-1234 Phone
(888) 554-5607 Fax
bk@coronapa.com

Credit Mailing Matrix
Case No.:13-14351-RAM

**Office of the US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Nancy Neidich, Trustee**
PO Box 279806
Miramar, FL 33027

**Alfredo Alfonso**
1025 NW 130 Street
North Miami, FL 33168

**Ocwen Loan Servicing:70153010000200259207**
PO Box 24605
West Palm Beach, FL 33416

**Audrey J Dixon,**
**Attorney for Ocwen Loan Servicing, LLC**
**Robertson, Anschutz, & Schneid, P.L. :70153010000200259191**
6409 Congress Ave, Suite 100
Boca raton, FL 33487

**Keena N Newmark, Agent for One West Bank, FSB**
**Buckley Madole, P.C :70153010000200259184**
P.O. Box 829009
Dallas, Texas 75382-9009

**OneWest Bank, a division of CIT Bank, N.A. :70153010000200259177**
P.O. Box 7056
Pasadena, CA 91109-9699

2