

**ORDERED in the Southern District of Florida on August 7, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| In re: | CASE NO.  13-14351-BKC-RAM |
| | CHAPTER   13 |
| ALFREDO R. ALFONSO, | |
| Debtor. | |

**ORDER (I) DENYING MOTION FOR SANCTIONS AGAINST
SHELLPOINT AND (II) ENTERING MONETARY SANCTIONS AGAINST OCWEN**

The Court conducted a hearing on August 3, 2017 on the Debtor's Motion for Sanctions Against City National Bank, Ocwen Loan Servicing ("Ocwen"), and Shellpoint Mortgage Servicing ("Shellpoint"), and for Disgorgement of Improper Payments (the "Motion for Sanctions") [DE #86]. By order dated June 17, 2017 (the "Ocwen Order") [DE #91], the Court granted the Debtor's Motion for Sanctions against Ocwen but reserved ruling on the amount of

1

sanctions. That Order also scheduled an August 3rd non-evidentiary hearing on the Debtor's request for sanctions against Shellpoint.

At the August 3rd hearing, the Court denied the Motion for Sanctions against Shellpoint and directed the Debtor to submit its request for fees and costs, which the Court announced would be awarded as sanctions against Ocwen.

The Court has reviewed the Memorandum and Exhibits Regarding Order on Debtor's Motion for Sanctions and for Disgorgement of Improper Payments (the "Debtor's Sanctions Request") [DE# 103], including the attorney's fees and costs incurred by the Debtor. The Court is not awarding sanctions against Ocwen based upon the IRS Form 1098 [DE# 103-2]. The Debtor asserts that this form shows that Ocwen received $1,666.84 in payments towards the second mortgage that were not refunded. However, if the first mortgage holder has now received all of the payments collected on the second mortgage, the Court assumes that the $1,666.84 reflected on the tax form was paid to the holder of the first mortgage. If that is not the case, the Debtor may seek rehearing.

For the foregoing reasons and the additional reasons stated on the record at that August 3rd hearing, which are incorporated here by reference, it is -

**ORDERED** as follows:

1. The Motion for Sanctions against Shellpoint is denied.

2.    Shellpoint's request for an award of attorney's fees and costs [DE #99] is denied.

3.    As sanctions, Ocwen shall pay the Debtor, within fourteen (14) days of entry of this Order, $7,120.95, representing the sum of (i) $7,000 in attorney's fees and costs incurred by the Debtor in connection with its request for sanctions against Ocwen only,[1] and (ii) $120.95 in late fees assessed against the Debtor by the senior mortgagee.

###

COPIES TO:

Ricardo Corona, Esq.
Shirley Palumbo, Esq.
Nancy K. Neidich, Trustee

---

[1] The Debtor sought $9,014.75 in fees and expenses incurred in addressing the misdirected payments and in preparing and arguing the Motion for Sanctions. The Court finds that a reduction is appropriate based upon excess time billed for researching and preparing the Motion for Sanctions.